| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **COLONIAL MEDICAL MANAGEMENT CORP** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **66-0765464** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**  __**PR**__  Number, Street, City, State & ZIP Code  __**Anasco**__  County | **Mailing address, if different from principal place of business**  **PO BOX 1716**  **Anasco, PR 00610**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **COLONIAL MEDICAL MANAGEMENT CORP** Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **1491**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No.
- ■ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| **PUERTO RICO DISTRICT** | **11/11/17** | **17-06925** |
| **PUERTO RICO DISTRICT** | **3/13/17** | **14-01922** |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Debtor **COLONIAL MEDICAL MANAGEMENT CORP** Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
       Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **COLONIAL MEDICAL MANAGEMENT CORP**    Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 26, 2020**
MM / DD / YYYY

**X**   **/s/ LUIS JORGE LUGO VELEZ**      **LUIS JORGE LUGO VELEZ**
Signature of authorized representative of debtor      Printed name

Title   **PRESIDENT**

**18. Signature of attorney**

**X**   **/s/ ADA M. CONDE, ESQ.**      Date   **March 26, 2020**
Signature of attorney for debtor      MM / DD / YYYY

**ADA M. CONDE, ESQ. USDCPR206209 Law and Justice for All, Inc.**
Printed name

**Law and Justice for All, Inc.**
Firm name

**PO Box 13268**
**San Juan, PR 00908-3268**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

**USDCPR206209 PR**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re  **COLONIAL MEDICAL MANAGEMENT CORP**  
Debtor(s)

Case No.  
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **2,165.00** |
   | Prior to the filing of this statement I have received | $ **2,165.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 26, 2020** | **/s/ ADA M. CONDE, ESQ.** |
| *Date* | **ADA M. CONDE, ESQ. USDCPR206209 Law and Justice for All, Inc.** |
| | *Signature of Attorney* |
| | **Law and Justice for All, Inc.** |
| | **PO Box 13268** |
| | **San Juan, PR 00908-3268** |
| | *Name of law firm* |

| | | |
|---|---|---|
| COLONIAL MEDICAL MANAGEMENT CORP<br>PO BOX 1716<br>ANASCO, PR 00610 | CDPARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | IMAGE FIRST<br>PO BOX 371325<br>CAYEY, PR 00737 |
| ADA M. CONDE, ESQ.<br>LAW AND JUSTICE FOR ALL, INC.<br>PO BOX 13268<br>SAN JUAN, PR 00908-3268 | CLINICAL DIAGNOSTICS OF PR LLC<br>PMB 590<br>PO BOX 29029<br>SAN JUAN, PR 00929 | JORGE ANGLERO ALFARO<br>URB CONSTANCIA<br>AVE LAS AMERICAS 2746<br>PONCE, PR 00717 |
| ADVANCE RADIOLOGY<br>PO BOX 4129<br>MAYAGUEZ, PR 00681 | DEPARTAMENTO DEL TRABAJO<br>NEGOCIADO SEGURIDAD DE EMPLEO<br>AVE. MUNOZ RIVERA 505<br>SAN JUAN, PR 00919 | JORGE ANGLERO ALFARO, MD<br>URB. CONSTANCIA<br>AVE LAS AMERICAS 2746<br>PR 00711 |
| AIREL LUIS TORRES RIVERA<br>PO BOX 1415<br>SABANA GRANDE, PR 00637 | DIAGNOSTIC IMAGING SUPPLIES & SERV<br>PO BOX 11923<br>SAN JUAN, PR 00922 | KELVIN MARTEL GONZALEZ<br>PO BOX 937<br>ANASCO, PR 00610 |
| ALLIED COMPUTER SERVICES INC.<br>PO BOX 3320<br>CAGUAS, PR 00726-3320 | DOCUMENT MANAGEMENT SOLUTIONS<br>LA CUMBRE 273 SIERRA MORENA<br>PMB 132<br>SAN JUAN, PR 00926 | KIARA DENISE NORIEGA SOTO<br>HC 58 BOX 13584<br>BO. ATAYALA<br>AGUADA, PR 00602 |
| BECKMAN COULTER PUERTO RICO INC<br>PO BOX 742075<br>ATLANTA, GA 30384 | ER PROFESSIONAL SERVICES CORP<br>HC 03 BOX 30384<br>AGUADILLA, PR 00603 | LAB CARE INSTRUMENTS CORP<br>PMB 738<br>WINSTON CHURCHILL AVE 138<br>SAN JUAN, PR 00928 |
| BERNARDO MALAGA COLLAZO MD<br>HC1 BOX 4539<br>RINCON, PR 00677 | GUMEDIC HOSPITAL SUPPLIES<br>HC-7 BOX 25200<br>MAYAGUEZ, PR 00680 | LABORATORIO M LANDRON<br>CALLE JJ ACOSTA 46<br>VEGA BAJA, PR 00693 |
| CARLA VANESSA CASTRO MD<br>37 BELLA VISTA GARDENS<br>MAYAGUEZ, PR 00680 | HENRY SUAREZ RAMOS P/C<br>LCDO EITON ARROYO MUNIZ<br>00681 | LABTECH SOLUTIONS CORP<br>STREET 11 URB MONTE CARLO<br>NUM. 1290<br>SAN JUAN, PR 00924 |
| CARLOS QUINTANA SANTIAGO<br>BO. ALGARROBO<br>604 CARR 104<br>MAYAGUEZ, PR 00682 | HOSPIRA PUERTO RICO LLC<br>PO BOX 71365<br>SAN JUAN, PR 00936 | LCDA DAMARIS QUINONES VAR<br>PO BOX 429<br>CABO ROJO, PR 00623 |

```
LCDA LOURDES GANDARILLA TRABAL      MAN SCIENCES GROUP               SUR COPY INC
DPT TRABAJO EDIF PRUDENCIO MARTINEZ PO BOX 3876                      EXTE SANTA TERESITA
AVE MUNOZ RIVERA 505                CAROLINA, PR 00984               AVE EMILIO FAGOT 3237
SAN JUAN, PR 00908                                                   PONCE, PR 00730-4642


LCDA MARIA DEL C GITANY ALONSO      MEDICAL & VACCINE PRODUCTS INC   UMECO, INC.
PO BOX 3898                         DBA DE VICTORIA MEDICAL          PO BOX 195536
MAYAGUEZ, PR 00681-3898             PO BOX 7468                      SAN JUAN, PR 00919
                                    CAGUAS, PR 00726


LCDA. ADA MARTINEZ RABASSA          MEDIX CORP                       UNIVERSAL CARE CORP
AVE LAS AMERICAS                    PO BOX 363                       PO BOX 1051
BLVD LUIS A FERRE 2174              MERCEDITA, PR 00715              SABANA SECA, PR 00952
PONCE, PR 00717


LCDO EITON ARROYO MUNIZ             MUNICIPIO DE ANASCO              WATCHES4U
153 CALLE ERINQUE VAZQUEZ BAEZ      PO BOX 1385                      CALLE 65 DE INFATERIA
MAYAGUEZ, PR 00681                  ANASCO, PR 00610-1385            SECTOR PUEBLO NUEVO
                                                                     SABANA GRANDE, PR 00637


LCDO. ANGEL ALINEA PARES            NYPRO MEDICAL OF PR              YAMILETTE VELEZ GONZALEZ M
COND EL CENTRO I SUITE 211          PO BOX 810263                    BO BALBOA
SAN JUAN, PR 00918                  CAROLINA, PR 00983               ARENAL 21
                                                                     MAYAGUEZ, PR 00682


LCDO. EFRAIN DIAZ CARRASQUILLO      ORIENTAL BANK                    ZYZON LABORATORY SUPPLIES
PASEO LAS COLONIAS 1705             PO BOX 364745                    PO BOX 2081
URB. VISTA ALEGRE                   SAN JUAN, PR 00936-4745          AGUADA, PR 00602
PONCE, PR 00717


LIZMARIE VEGA CHAPARRO              PHARMA MEDICAL DISTRIBUTORS CORP
RR 01 BOX 2396                      PO BOX 2087
ANASCO, PR 00610                    COAMO, PR 00769


LUIS LUGO VELEZ MD                  RICARDO MACHADO TORRES MD
PO BOX 712                          PO BOX 619
MERCEDITA, PR 00715                 ANASCO, PR 00610


LUZ N RODRIGUEZ MERCADO MD          SABIAMED
HC 02 6216                          PO BOX 6150
GUAYANILLA, PR 00656                CAGUAS, PR 00726
```

# United States Bankruptcy Court
## District of Puerto Rico

In re  **COLONIAL MEDICAL MANAGEMENT CORP**                                Case No.  _____
                                  Debtor(s)                                Chapter  **7**


# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **COLONIAL MEDICAL MANAGEMENT CORP**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


| | |
|---|---|
| **March 26, 2020** | **/s/ ADA M. CONDE, ESQ.** |
| Date | **ADA M. CONDE, ESQ. USDCPR206209 Law and Justice for All, Inc.** |
| | Signature of Attorney or Litigant |
| | Counsel for  **COLONIAL MEDICAL MANAGEMENT CORP** |
| | **Law and Justice for All, Inc.** |
| | **PO Box 13268** |
| | **San Juan, PR 00908-3268** |