# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>**COLONIAL MEDICAL MANAGEMENT CORP**<br>Debtor(s) | CASE NO. **20-01495** (BKT)<br>CHAPTER 7 |

## NOTICE OF APPEARANCE

Come now Banco Popular de Puerto Rico through its undersigned attorney and respectfully states and prays:

1. Banco Popular de Puerto Rico is a creditor and/or party in interest in the instant proceeding and wishes to be included in the Master Address List.

WHEREFORE, BPPR respectfully requests to be included in the Master Address List, and that it be sent all notices and documents filed in the instant case to the attention of the undersigned.

**I CERTIFY:** That *the preceding document has been electronically filed with the Clerk of the Court, using the CM/ECF System. Notice has been sent electronically to debtor's counsel,* **ADA M CONDE** courtnotices1611@gmail.com; **WIGBERTO LUGO MENDER,** Chapter 7 Trustee, trustee@lugomender.com; UST, ustpregion21.hr.ecf@usdoj.gov; and to all CM/ECF registered users.

In San Juan, Puerto Rico, this 15th day of April 2020.

**Banco Popular PR-Special Loans**
PO Box 362708
San Juan, P. R.  00936-2708
Tel. 787-764-3983
Fax  787-281-4140

/s/EDUARDO M. VERAY LOPEZ, ESQ.
USDC-PR 224407
eduardo.veray@popular.com