# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 20-01495 BKT |
| COLONIAL MEDICAL MANAGEMENT CORP. | CHAPTER 7 |
| Debtor | |

### NOTICE OF CONTINUANCE OF MEETING OF CREDITORS
### PURSUANT 11 USC §341

**NOTICE IS HEREBY GIVEN** to all creditors and parties with interest that **the Meeting of Creditors** pursuant 11 USC §341 **has been continued and will be held the date, time and by teleconference as follows:**

May 27, 2020 at 1:30 p.m.
Telephone Number to Call: 1-877-503-9625
Code: 3612957

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**: That on this April 20, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

- **ADA M CONDE** courtnotices1611@gmail.com, 1611bank@gmail.com;1611lawandjustice@gmail.com;estudiolegalpr@yahoo.com;condeprlaw@gmail.com;condebank@gmail.com;CONDEAR53874@notify.bestcase.com
- **MONSITA LECAROZ ARRIBAS** ustpregion21.hr.ecf@usdoj.gov
- **WIGBERTO LUGO MENDER** trustee@lugomender.com, wlugo@ecf.axosfs.com
- **EDUARDO M VERAY** eduardo.veray@popular.com, eduardoveray@gmail.com

And I hereby certify that I have mailed by United States Postal Service this **NOTICE** to the non CM/ECF participants and to all creditors and parties with interest as per the attached master address list.

In San Juan, Puerto Rico, on April 20, 2020.

/s/ Ada M. Conde
ADA CONDE, ESQ.
USDCPR 206209
Law and Justice for All, Inc.
PO Box 13268 San Juan PR 00908
Tel: 787-721-0401
Email: 1611lawandjustice@gmail.com