```
Label Matrix for local noticing          BANCO POPULAR PR - SPECIAL LOANS        COLONIAL MEDICAL MANAGEMENT CORP
0104-3                                   PO BOX 362708                           PO BOX 1716
Case 20-01495-BKT7                       SAN JUAN, PR 00936-2708                 Anasco, PR 00610-1716
District of Puerto Rico
Old San Juan
Mon Apr 20 18:41:48 AST 2020

US Bankruptcy Court District of P.R.     ADVANCE RADIOLOGY                       AIREL LUIS TORRES RIVERA
Jose V Toledo Fed Bldg & US Courthouse   PO BOX 4129                             PO BOX 1415
300 Recinto Sur Street, Room 109         Mayaguez, PR 00681                      Sabana Grande, PR 00637-1415
San Juan, PR 00901-1964


ALLIED COMPUTER SERVICES INC.            BECKMAN COULTER PUERTO RICO INC.        BERNARDO MALAGA COLLAZO MD
PO BOX 3320                              PO BOX 742075                           HC1 BOX 4539
Caguas, PR 00726-3320                    Atlanta, GA 30374-2075                  Rincon, PR 00677-8770


CARLA VANESSA CASTRO MD                  CARLOS QUINTANA SANTIAGO                CLARO
37 BELLA VISTA GARDENS                   BO. ALGARROBO                           PO BOX 70366
Mayaguez, PR 00680-8316                  604 CARR 104                            San Juan, PR 00936-8366
                                         Mayaguez, PR 00682-7714


CLINICAL DIAGNOSTICS OF PR LLC           DEPARTAMENTO DEL TRABAJO                DIAGNOSTIC IMAGING SUPPLIES & SERV
PMB 590                                  NEGOCIADO SEGURIDAD DE EMPLEO           PO BOX 11923
PO BOX 29029                             AVE. MUNOZ RIVERA 505                   San Juan, PR 00922-1923
San Juan, PR 00929                       San Juan, PR 00918-3352


DOCUMENT MANAGEMENT SOLUTIONS            ER PROFESSIONAL SERVICES CORP           GUMEDIC HOSPITAL SUPPLIES
LA CUMBRE 273 SIERRA MORENA              HC 03 BOX 30384                         HC-7 BOX 25200
PMB 132                                  Aguadilla, PR 00603-9197                Mayaguez, PR 00680-9040
San Juan, PR 00926


HENRY SUAREZ RAMOS P/C                   HOSPIRA PUERTO RICO LLC                 IMAGE FIRST
LCDO EITON ARROYO MUNIZ                  PO BOX 71365                            PO BOX 371325
00681                                    San Juan, PR 00936-8465                 Cayey, PR 00737-1325


JORGE ANGLERO ALFARO                     KELVIN MARTEL GONZALEZ                  KIARA DENISE NORIEGA SOTO
URB CONSTANCIA                           PO BOX 937                              HC 58 BOX 13584
AVE LAS AMERICAS 2746                    Anasco, PR 00610-0937                   BO. ATAYALA
Ponce, PR 00717-0300                                                             Aguada, PR 00602-9724


LAB CARE INSTRUMENTS CORP                LABORATORIO M LANDRON                   LABTECH SOLUTIONS CORP
PMB 738                                  CALLE JJ ACOSTA 46                      STREET 11 URB MONTE CARLO
WINSTON CHURCHILL AVE 138                Vega Baja, PR 00693                     NUM. 1290
San Juan, PR 00926-6013                                                          San Juan, PR 00924


LCDA DAMARIS QUINONES VARGAS             LCDA LOURDES GANDARILLA TRABAL          LCDA MARIA DEL C GITANY ALONSO
PO BOX 429                               DPT TRABAJO EDIF PRUDENCIO MARTINEZ     PO BOX 3898
Cabo Rojo, PR 00623-0429                 AVE MUNOZ RIVERA 505                    Mayaguez, PR 00681-3898
                                         San Juan, PR 00918-3352
```

| | | |
|---|---|---|
| LCDA. ADA MARTINEZ RABASSA<br>AVE LAS AMERICAS<br>BLVD LUIS A FERRE 2174<br>Ponce, PR 00717-0722 | LCDO. EFTON ARROYO MUNIZ<br>153 CALLE ERINQUE VAZQUEZ BAEZ<br>Mayaguez, PR 00680-3655 | LCDO. ANGEL ALINEA PARES<br>COND EL CENTRO I SUITE 211<br>San Juan, PR 00918 |
| LCDO. EFRAIN DIAZ CARRASQUILLO<br>PASEO LAS COLONIAS 1705<br>URB. VISTA ALEGRE<br>Ponce, PR 00717-2274 | LIZMARIE VEGA CHAPARRO<br>RR 01 BOX 2396<br>Anasco, PR 00610-9772 | LUIS LUGO VELEZ MD<br>PO BOX 712<br>Mercedita, PR 00715-0712 |
| LUZ N RODRIGUEZ MERCADO MD<br>HC 02 6216<br>Guayanilla, PR 00656-9708 | MAN SCIENCES GROUP<br>PO BOX 3876<br>Carolina, PR 00984-3876 | MEDICAL & VACCINE PRODUCTS INC<br>DBA DE VICTORIA MEDICAL<br>PO BOX 7468<br>Caguas, PR 00726-7468 |
| MEDIX CORP<br>PO BOX 363<br>Mercedita, PR 00715-0363 | MUNICIPIO DE ANASCO<br>PO BOX 1385<br>Anasco, PR 00610-1385 | NYPRO MEDICAL OF PR<br>PO BOX 810263<br>Carolina, PR 00981-0263 |
| ORIENTAL BANK<br>PO BOX 364745<br>San Juan, PR 00936-4745 | PHARMA MEDICAL DISTRIBUTORS CORP<br>PO BOX 2087<br>Coamo, PR 00769-4087 | RICARDO MACHADO TORRES MD<br>PO BOX 619<br>Anasco, PR 00610-0619 |
| SABIAMED<br>PO BOX 6150<br>Caguas, PR 00726-6150 | SUR COPY INC<br>EXTE SANTA TERESITA<br>AVE EMILIO FAGOT 3237<br>Ponce, PR 00730-4642 | UMECO, INC.<br>PO BOX 195536<br>San Juan, PR 00919-5536 |
| UNIVERSAL CARE CORP<br>PO BOX 1051<br>Sabana Seca, PR 00952-1051 | WATCHES4U<br>CALLE 65 DE INFATERIA<br>SECTOR PUEBLO NUEVO<br>Sabana Grande, PR 00637 | YAMILETTE VELEZ GONZALEZ MD<br>BO BALBOA<br>ARENAL 21<br>Mayaguez, PR 00680-5203 |
| ZYZON LABORATORY SUPPLIES<br>PO BOX 2081<br>Aguada, PR 00602-2081 | ADA M CONDE<br>1611 LAW AND JUSTICE FOR ALL INC<br>PO BOX 13268<br>SAN JUAN, PR 00908-3268 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 |
| WIGBERTO LUGO MENDER<br>LUGO MENDER & CO<br>CENTRO INTERNACIONAL DE MERCADEO<br>100 CARR 165  SUITE 501<br>GUAYNABO, PR 00968-8052 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JORGE ANGLERO ALFARO, MD
URB. CONSTANCIA
AVE LAS AMERICAS 2746
PR 00711

End of Label Matrix
Mailable recipients    54
Bypassed recipients     1
Total                  55