**Fill in this information to identify the case:**

Debtor name **COLONIAL MEDICAL MANAGEMENT CORP**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) **20-01495**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 26, 2020**      X **/s/ LUIS JORGE LUGO VELEZ**
_____      Signature of individual signing on behalf of debtor

**LUIS JORGE LUGO VELEZ**
Printed name

**PRESIDENT**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **COLONIAL MEDICAL MANAGEMENT CORP**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   **20-01495**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................   $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................   $     **206,161.50**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................   $     **206,161.50**

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     **1,370,554.51**

4.   **Total liabilities** .........................................................................................
    Lines 2 + 3a + 3b      $     **1,370,554.51**

**Fill in this information to identify the case:**

Debtor name   **COLONIAL MEDICAL MANAGEMENT CORP**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   **20-01495**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BANCO POPULAR** | **DIP TAX ACCOUNT OPERATIONS** | **3107** | **$1,094.00** |
| 3.2. | **BANCO POPULAR** | **DIP - OPERATIONAL ACCOUNT** | **3514** | **$0.00** |
| 3.3. | **BANCO POPULAR** | **DIP - PAYROLL ACCOUNT** | **1740** | **$67.50** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$1,161.50** |

**Part 2:**          **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**          **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

| Debtor | **COLONIAL MEDICAL MANAGEMENT CORP** | Case number *(if known)* **20-01495** |
|--------|------|------|
| | Name | |

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **COLONIAL MEDICAL MANAGEMENT CORP**                    Case number *(if known)* **20-01495**
_____                _____
Name

|  | Current value of debtor's interest |
|---|---|

**71.** Notes receivable
Description (include name of obligor)

**72.** Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)
**TAX REFUNDS ACCUMULATED FOR YEAR 2019 -
ESTIMATED (UNTIL 2018 WAS $201,377 PLUS
ESTIMATED $4,000 ADDITIONAL FOR YEAR 2019)**     Tax year **2019**         **$205,000.00**

**73.** Interests in insurance policies or annuities

**74.** Causes of action against third parties (whether or not a lawsuit
has been filed)

**75.** Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims

**76.** Trusts, equitable or future interests in property

**77.** Other property of any kind not already listed *Examples:* Season tickets,
country club membership

**78.** Total of Part 11.                                                    **$205,000.00**

Add lines 71 through 77. Copy the total to line 90.

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **COLONIAL MEDICAL MANAGEMENT CORP**                    Case number *(If known)*   **20-01495**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,161.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $205,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $206,161.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $206,161.50 |

**Fill in this information to identify the case:**

Debtor name  **COLONIAL MEDICAL MANAGEMENT CORP**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)  **20-01495**

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **COLONIAL MEDICAL MANAGEMENT CORP**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) **20-01495**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**ADVANCE RADIOLOGY**
PO BOX 4129
Mayaguez, PR 00681

Date(s) debt was incurred _
Last 4 digits of account number **C509**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$9,388.00**

---

**3.2** | Nonpriority creditor's name and mailing address
**AIREL LUIS TORRES RIVERA**
PO BOX 1415
Sabana Grande, PR 00637

Date(s) debt was incurred _
Last 4 digits of account number **R711**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PROFESIONAL SERVICES**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,174.00**

---

**3.3** | Nonpriority creditor's name and mailing address
**ALLIED COMPUTER SERVICES INC.**
PO BOX 3320
Caguas, PR 00726-3320

Date(s) debt was incurred _
Last 4 digits of account number **S521**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,000.00**

---

**3.4** | Nonpriority creditor's name and mailing address
**BECKMAN COULTER PUERTO RICO INC.**
PO BOX 742075
Atlanta, GA 30384

Date(s) debt was incurred _
Last 4 digits of account number **C616**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MATERIALS**

Is the claim subject to offset? ☑ No ☐ Yes

**$26,959.00**

| Debtor | **COLONIAL MEDICAL MANAGEMENT CORP** | Case number (if known) | **20-01495** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,190.00** |
|---|---|---|---|

**BERNARDO MALAGA COLLAZO MD**
**HC1 BOX 4539**
**Rincon, PR 00677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1948**

Basis for the claim: **PROFESSIONAL SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,780.00** |
|---|---|---|---|

**CARLA VANESSA CASTRO MD**
**37 BELLA VISTA GARDENS**
**Mayaguez, PR 00680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1521**

Basis for the claim: **PROFESSIONAL SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,780.00** |
|---|---|---|---|

**CARLOS QUINTANA SANTIAGO**
**BO. ALGARROBO**
**604 CARR 104**
**Mayaguez, PR 00682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1106**

Basis for the claim: **PROFESSIONAL SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,428.30** |
|---|---|---|---|

**CLARO**
**PO BOX 70366**
**San Juan, PR 00936-8366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5001**

Basis for the claim: **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$925.00** |
|---|---|---|---|

**CLINICAL DIAGNOSTICS OF PR LLC**
**PMB 590**
**PO BOX 29029**
**San Juan, PR 00929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1281**

Basis for the claim: **SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**DEPARTAMENTO DEL TRABAJO**
**NEGOCIADO SEGURIDAD DE EMPLEO**
**AVE. MUNOZ RIVERA 505**
**San Juan, PR 00919**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **LABOR -ESTIMATED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,559.34** |
|---|---|---|---|

**DIAGNOSTIC IMAGING SUPPLIES & SERV**
**PO BOX 11923**
**San Juan, PR 00922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1126**

Basis for the claim: **SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COLONIAL MEDICAL MANAGEMENT CORP** | Case number *(if known)* | **20-01495** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$349.42** |
|---|---|---|---|

**DOCUMENT MANAGEMENT SOLUTIONS**
**LA CUMBRE 273 SIERRA MORENA**
**PMB 132**
**San Juan, PR 00926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __SERVICES__

Last 4 digits of account number __6029__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,259.00** |
|---|---|---|---|

**ER PROFESSIONAL SERVICES CORP**
**HC 03 BOX 30384**
**Aguadilla, PR 00603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __SERVICES__

Last 4 digits of account number __1528__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,505.71** |
|---|---|---|---|

**GUMEDIC HOSPITAL SUPPLIES**
**HC-7 BOX 25200**
**Mayaguez, PR 00680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __SUPPLIES__

Last 4 digits of account number __D519__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HENRY SUAREZ RAMOS P/C**
**LCDO EITON ARROYO MUNIZ**
**00681**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __ALLEGED MALPRACTICE IS DISPUTED__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,017.78** |
|---|---|---|---|

**HOSPIRA PUERTO RICO LLC**
**PO BOX 71365**
**San Juan, PR 00936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __SUPPLIES__

Last 4 digits of account number __P518__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,252.17** |
|---|---|---|---|

**IMAGE FIRST**
**PO BOX 371325**
**Cayey, PR 00737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __SERVICES__

Last 4 digits of account number __1327__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$152,000.00** |
|---|---|---|---|

**JORGE ANGLERO ALFARO**
**URB CONSTANCIA**
**AVE LAS AMERICAS 2746**
**Ponce, PR 00717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2012__

**Basis for the claim:** __MONEY LOAN TO CORPORATION FROM INVESTOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **COLONIAL MEDICAL MANAGEMENT CORP** | | Case number *(if known)* | **20-01495** |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$634.38** |
|---|---|---|---|
| | **KELVIN MARTEL GONZALEZ**<br>**PO BOX 937**<br>**Anasco, PR 00610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __SERVICES__ | |
| | Last 4 digits of account number __G953__ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,278.00** |
|---|---|---|---|
| | **KIARA DENISE NORIEGA SOTO**<br>**HC 58 BOX 13584**<br>**BO. ATAYALA**<br>**Aguada, PR 00602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __SERVICES__ | |
| | Last 4 digits of account number __S707__ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,848.00** |
|---|---|---|---|
| | **LAB CARE INSTRUMENTS CORP**<br>**PMB 738**<br>**WINSTON CHURCHILL AVE 138**<br>**San Juan, PR 00928** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __SUPPLIES__ | |
| | Last 4 digits of account number __1190__ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,776.61** |
|---|---|---|---|
| | **LABORATORIO M LANDRON**<br>**CALLE JJ ACOSTA 46**<br>**Vega Baja, PR 00693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __SERVICES__ | |
| | Last 4 digits of account number __L500__ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,140.00** |
|---|---|---|---|
| | **LABTECH SOLUTIONS CORP**<br>**STREET 11 URB MONTE CARLO**<br>**NUM. 1290**<br>**San Juan, PR 00924** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __SUPPLIES__ | |
| | Last 4 digits of account number __1290__ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,900.00** |
|---|---|---|---|
| | **LCDA DAMARIS QUINONES VARGAS**<br>**PO BOX 429**<br>**Cabo Rojo, PR 00623** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __SERVICES__ | |
| | Last 4 digits of account number __0207__ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$731.25** |
|---|---|---|---|
| | **LIZMARIE VEGA CHAPARRO**<br>**RR 01 BOX 2396**<br>**Anasco, PR 00610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __SERVICES__ | |
| | Last 4 digits of account number __0038__ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **COLONIAL MEDICAL MANAGEMENT CORP** | Case number (if known) | **20-01495** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$251,638.88** |
|---|---|---|---|

**LUIS LUGO VELEZ MD**
**PO BOX 712**
**Mercedita, PR 00715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **CAPITAL**

Last 4 digits of account number  **1781**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,120.00** |
|---|---|---|---|

**LUZ N RODRIGUEZ MERCADO MD**
**HC 02 6216**
**Guayanilla, PR 00656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **SERVICES**

Last 4 digits of account number  **1280**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$596.52** |
|---|---|---|---|

**MAN SCIENCES GROUP**
**PO BOX 3876**
**Carolina, PR 00984**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **SERVICES**

Last 4 digits of account number  **G710**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,101.52** |
|---|---|---|---|

**MEDICAL & VACCINE PRODUCTS INC**
**DBA DE VICTORIA MEDICAL**
**PO BOX 7468**
**Caguas, PR 00726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **SUPPLIES**

Last 4 digits of account number  **P511**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,550.00** |
|---|---|---|---|

**MEDIX CORP**
**PO BOX 363**
**Mercedita, PR 00715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **SERVICES**

Last 4 digits of account number  **C765**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659,399.99** |
|---|---|---|---|

**MUNICIPIO DE ANASCO**
**PO BOX 1385**
**Anasco, PR 00610-1385**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **MEDICAL FACILITIES LEASE**

Last 4 digits of account number  **A893**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,501.86** |
|---|---|---|---|

**NYPRO MEDICAL OF PR**
**PO BOX 810263**
**Carolina, PR 00983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **SUPPLIES**

Last 4 digits of account number  **P517**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **COLONIAL MEDICAL MANAGEMENT CORP** | Case number (if known) | **20-01495** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152,000.00**

**ORIENTAL BANK**
**PO BOX 364745**
**San Juan, PR 00936-4745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/29/2012**

Basis for the claim:  **LOAN USED FOR INVESTMENT**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$549.83**

**PHARMA MEDICAL DISTRIBUTORS CORP**
**PO BOX 2087**
**Coamo, PR 00769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **SERVICES**

Last 4 digits of account number  **D756**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,120.00**

**RICARDO MACHADO TORRES MD**
**PO BOX 619**
**Anasco, PR 00610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **PROFESSIONAL SERVICES**

Last 4 digits of account number  **T951**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,895.00**

**SABIAMED**
**PO BOX 6150**
**Caguas, PR 00726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **SERVICES**

Last 4 digits of account number  **M719**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,303.00**

**SUR COPY INC**
**EXTE SANTA TERESITA**
**AVE EMILIO FAGOT 3237**
**Ponce, PR 00730-4642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **SERVICES**

Last 4 digits of account number  **I516**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,139.85**

**UMECO, INC.**
**PO BOX 195536**
**San Juan, PR 00919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **SUPPLIES**

Last 4 digits of account number  **C514**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,838.71**

**UNIVERSAL CARE CORP**
**PO BOX 1051**
**Sabana Seca, PR 00952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **SUPPLIES**

Last 4 digits of account number  **1051**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **COLONIAL MEDICAL MANAGEMENT CORP** | Case number (if known) | **20-01495** |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.27 |
|---|---|---|---|

**WATCHES4U**
**CALLE 65 DE INFATERIA**
**SECTOR PUEBLO NUEVO**
**Sabana Grande, PR 00637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SUPPLIES__

Last 4 digits of account number __9999__

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $620.00 |
|---|---|---|---|

**YAMILETTE VELEZ GONZALEZ MD**
**BO BALBOA**
**ARENAL 21**
**Mayaguez, PR 00682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __PROFESSIONAL SERVICES__

Last 4 digits of account number __1776__

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,024.12 |
|---|---|---|---|

**ZYZON LABORATORY SUPPLIES**
**PO BOX 2081**
**Aguada, PR 00602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SUPPLIES__

Last 4 digits of account number __1209__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **LCDA LOURDES GANDARILLA TRABAL**<br>**DPT TRABAJO EDIF PRUDENCIO MARTINEZ**<br>**AVE MUNOZ RIVERA 505**<br>**San Juan, PR 00908** | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **LCDA MARIA DEL C GITANY ALONSO**<br>**PO BOX 3898**<br>**Mayaguez, PR 00681-3898** | Line __3.31__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **LCDA. ADA MARTINEZ RABASSA**<br>**AVE LAS AMERICAS**<br>**BLVD LUIS A FERRE 2174**<br>**Ponce, PR 00717** | Line __3.33__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **LCDO EITON ARROYO MUNIZ**<br>**153 CALLE ERINQUE VAZQUEZ BAEZ**<br>**Mayaguez, PR 00681** | Line __3.15__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **LCDO. ANGEL ALINEA PARES**<br>**COND EL CENTRO I SUITE 211**<br>**San Juan, PR 00918** | Line __3.33__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **LCDO. EFRAIN DIAZ CARRASQUILLO**<br>**PASEO LAS COLONIAS 1705**<br>**URB. VISTA ALEGRE**<br>**Ponce, PR 00717** | Line __3.33__<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **COLONIAL MEDICAL MANAGEMENT CORP** | Case number (if known) | **20-01495** |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 1,370,554.51 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 1,370,554.51 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **COLONIAL MEDICAL MANAGEMENT CORP**

United States Bankruptcy Court for the:     DISTRICT OF PUERTO RICO

Case number (if known)     **20-01495**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 1 of 1 |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **COLONIAL MEDICAL MANAGEMENT CORP**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) **20-01495**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **JORGE ANGLERO ALFARO, MD** | **URB. CONSTANCIA AVE LAS AMERICAS 2746 PR 00711** | **MUNICIPIO DE ANASCO** | ☐ D _____ <br> ■ E/F __3.31__ <br> ☐ G _____ |
| 2.2 **PABLO SERRANO HERNANDEZ** | | **MUNICIPIO DE ANASCO** | ☐ D _____ <br> ■ E/F __3.31__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **COLONIAL MEDICAL MANAGEMENT CORP**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) **20-01495**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $283,342.96 |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $793,888.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor   **COLONIAL MEDICAL MANAGEMENT CORP**                    Case number (if known) **20-01495**

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **POPULAR AUTO LLC VS COLONIAL MEDICAL MANAGEMENT CORP** I2CI2017-0001 | **COLLECTION OF MONEY** | **MAYAGUEZ COURT** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **SECRETARIO DEL TRABAJO Y REC HUMANOS VS. COLONIAL MEDICAL MANAGEMENT CORP** I1CI2017-00352 | **LABOR CLAIM** | **MAYAGUEZ** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **MUNICIPIO DE AÑASCO VS. COLONIAL MEDICAL MANAGEMENT CORP** ISCI2017-00629 | **EVICTION AND COLLECTION OF MONEY** | **MAYAGUEZ SUPERIOR COURT** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **HENRY SUAREZ RAMOS VS. COLONIAL MEDICAL MANAGEMENT CORP** ISCI2016-00886 | **MALPRACTICE** | **MAYAGUEZ COURT** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **LEASE OPTION COMPANY VS. COLONIAL MEDICAL MANAGEMENT** JCD2015-0219 | **COLLECTION OF MONEY** | **PONCE COURT** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor   **COLONIAL MEDICAL MANAGEMENT CORP**  Case number *(if known)*  **20-01495**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **ORIENTAL BANK VS. COLONIAL MEDICAL MANAGEMENT CORP ET ALS**<br>TQ2016-170 | **COLLECTION OF MONEY AND FORECLOSURE** | **CIALES COURT** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LAW AND JUSTICE FOR ALL**<br>**PO BOX 13268**<br>**San Juan, PR 00908** | **$335.00 FOR FILING FEES; $2,165.00 FOR LEGAL FEES** | **1/15/2020** | **$2,500.00** |
| | Email or website address<br>**1611lawandjustice@gmail.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **COLONIAL MEDICAL MANAGEMENT CORP**                    Case number *(if known)*  **20-01495**

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care 25000 |
|---|---|---|---|
| 15.1. | **CENTRO DIAGNOSTICO Y TRATAMIENTO ANASCO CARRETERA 402 KM 1.8 ZONA INDUSTRIAL BO. LAS MARIAS Anasco, PR 00610** | **MEDICAL DIAGNOSTIC AND TREATMENT CENTER** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**EDIFICIO CENTRO CARIBE, SUITE 205 PONCE BY PASS, PONCE PR OFFICE OF DR. LUIS J. LUGO VELEZ LAW REQUIRES TO MANTAIN RECORDS FOR SIX YEARS** | **How are records kept?**<br>*Check all that apply:*<br><br>☐ Electronically<br>■ Paper |

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **COLONIAL MEDICAL MANAGEMENT CORP**

Case number *(if known)*    **20-01495**

---

**NAME, ADDRESS, MEDICAL PLAN, BLOOD TYPE, HEALTH CONDITIONS.  HIPAA PROTECTED INFORMATION MEDICAL FACILITY**

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **COLONIAL MEDICAL MANAGEMENT CORP**  Case number *(if known)* **20-01495**

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **EDUARDO OJEDA FIGUEROA CPA**<br>**OJEDA CPA GROUP**<br>**PMB 204 BOX 7105**<br>**Ponce, PR 00732** | **2014 TO 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor   **COLONIAL MEDICAL MANAGEMENT CORP**    Case number *(if known)*   **20-01495**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| LUIS LUGO VELEZ | PO BOX 712<br>Mercedita, PR 00715-0712 | PRESIDENT AND TREASURER | 33 % APPROXIMATELY |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JORGE ANGLERO ALFARO | URB CONSTANCIA<br>AVE LAS AMERICAS 2746<br>Ponce, PR 00717 | GENERAL PARTNER | 33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DAVID ALICEA HERNANDEZ | HC-37 BOX 5377<br>Guanica, PR 00653 | SECRETARY | NONE |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| PABLO SERRANO HERNANDEZ | | | 33% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor   **COLONIAL MEDICAL MANAGEMENT CORP**                    Case number *(if known)*  **20-01495**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 26, 2020**

**/s/ LUIS JORGE LUGO VELEZ**                    **LUIS JORGE LUGO VELEZ**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### District of Puerto Rico

In re   **COLONIAL MEDICAL MANAGEMENT CORP**                                    Case No.   **20-01495**

Debtor(s)                                       Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 26, 2020**                          **/s/ LUIS JORGE LUGO VELEZ**

**LUIS JORGE LUGO VELEZ/PRESIDENT**
Signer/Title