IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>COLONIAL MEDICAL MANAGEMENT CORP<br><br>DEBTOR(S) | CASE NO.: 20-01495- BKT<br><br>JUDGE: BRIAN K. TESTER<br><br>(CHAPTER 7) |
|---|---|

### TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on Aug 19, 2020. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** Yes _____ No _____.   **Track No.** _____
**Exemptions as claimed in Schedule C allowed.** Yes _____ No _____
**Creditor(s) Present** Yes ✓ No _____.   **Attorney's Information**
_Espacta-Hacienda_____   Present with Debtor(s) was
_____   ✓ Attorney of Record
_____   _____ Other: _____
_____   _____ Pro-Se - See Certificate

**Debtor to amend within _____ days the following:**
____ A, ____ B, ____ C, ____ D, ____ E, ____ I & J, ____ Other _____
____ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within _____ days:**
____ Documents on Real Property          ____ Documents on Vehicle
     (Appraisal, Title Search, Mortgage Balance)

**Trustee further requests that:**
____ Case be closed as no-asset as of the date of §341(a) meeting.     ____ Upon receipt of documents.
✓ Case be held open for potential asset recovery.
____ Case be **RESET** the §341(a) Meeting
        ____ On the ____ day of _____, 200___, at _____.
        ____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
                 ____ Debtor(s) failed to appear.
                 ____ Attorney for Debtor(s) failed to appear.
                 ____ Further testimony or material is needed.

        ____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
                 ____ Failure to provide complete: ____ Schedules, ____ Statement of Affairs, ____ Mailing Lists, ____ Description of estate assets.
                 ____ Failure of _____ Debtor(s) _____ Counsel to appear at:
                        _____ initial _____ subsequent creditor meetings.

Dated: August 20, 2020                                       s/ Wigberto Lugo Mender
                                                             _____
                                                             WIGBERTO LUGO-MENDER, Trustee