**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 20-01495 | EAG | Judge: | Edward A. Godoy |
| Case Name: | COLONIAL MEDICAL MANAGEMENT CORP | | | |
| For Period Ending: | 02/01/2023 | | | |

| | |
|---|---|
| Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/26/2020 (f) |
| 341(a) Meeting Date: | 04/22/2020 |
| Claims Bar Date: | 07/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 1,500.00 | 1,500.00 | | 0.00 | FA |
| Value as per Schedules filed on case 17-06925 Dk #29- No Cash balance listed on Schedules filed on 5/24/2020Dk #12 | | | | | |
| 2. BANCO POPULAR DIP TAX ACCOUNT 3107 | 1,094.00 | 1,094.00 | | 1,094.00 | FA |
| Trustee value as per balance confirmed by Banco Popular | | | | | |
| 3. BANCO POPULAR DIP - OPERATIONAL ACCOUNT 3514 | 0.00 | 0.00 | | 0.00 | FA |
| Overdraft balance confirmed by Banco Popular | | | | | |
| 4. BANCO POPULAR DIP - PAYROLL ACCOUNT 3740 | 67.50 | 67.50 | | 67.50 | FA |
| Trustee value as per balance confirmed by Banco Popular | | | | | |
| 5. Accounts Receivable 90 days old or less: 9,200 - 4,600 = | 4,600.00 | 4,600.00 | | 0.00 | 4,600.00 |
| Value as per Schedules filed on case 17-06925 Dk #29 | | | | | |
| 6. Accounts Receivable 90 days old or less: 45,861.33 - 0.00 = | 45,861.33 | 45,861.33 | | 0.00 | 45,861.33 |
| Value as per Schedules filed on case 17-06925 Dk #29 | | | | | |
| 7. Accounts Receivable Over 90 days old: 54,695.79 - 41,126.61 = | 13,569.18 | 13,569.18 | | 0.00 | 13,569.18 |
| Value as per Schedules filed on case 17-06925 Dk #29 | | | | | |
| 8. MEDICAL SUPPLIES 10/30/2017 Recent cost | 3,138.61 | 3,138.61 | | 0.00 | FA |
| Value as per Schedules filed on case 17-06925 Dk #29 [Did not exist at the time of filing the Chapter 7 patition- due to the eviction process] | | | | | |
| 9. MEDICATION 11/21/2017 Recent cost | 6,167.14 | 6,167.14 | | 0.00 | FA |
| Value as per Schedules filed on case 17-06925 Dk #29 [Did not exist at the time of filing the Chapter 7 patition- due to the eviction process] | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 20-01495 | EAG | Judge: | Edward A. Godoy | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | COLONIAL MEDICAL MANAGEMENT CORP | | | | Date Filed (f) or Converted (c): | 03/26/2020 (f) |
| | | | | | 341(a) Meeting Date: | 04/22/2020 |
| For Period Ending: | 02/01/2023 | | | | Claims Bar Date: | 07/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 10. OFFICE EQUIPMENT Recent cost<br><br>Value as per Schedules filed on case 17-06925 Dk #29<br>[Equipment sold prior to filing the petition during the eviction on April 2019] | 13,844.00 | 0.00 | | 0.00 | FA |
| 11. OFFICE AND MEDICAL EQUIPMENT Tax records<br><br>Value as per Schedules filed on case 17-06925 Dk #29<br>[Equipment sold prior to filing the petition during the eviction on April 2019] | 23,108.25 | 0.00 | | 0.00 | FA |
| 12. HOSPITAL EQUIPMENT Recent cost<br><br>Value as per Schedules filed on case 17-06925 Dk #29<br>[Equipment sold prior to filing the petition during the eviction on April 2019] | 55,310.00 | 0.00 | | 0.00 | FA |
| 13. FUTURE CLAIM AGAINST MUNICIPALITY OF RINCON REPAIRS: $238,629.37 MUNICIPALITY DELAY IN LICENSE FOR MEDICAL INSURANCE: $215,000 AND $229,788.93 = $444,788.93 COLLECTION FOR REPAIRS AND EXPENSES INCURRED DUE TO MUNICIPALITY DELAY<br><br>Value as per Schedules filed on case 17-06925 Dk #29 | 683,418.30 | 683,418.30 | | 0.00 | 683,418.30 |
| 14. TAX REFUNDS ACCUMULATED FOR YEAR 2019 - ESTIMATED (UNTIL 2018 WAS $201,377 PLUS ESTIMATED $4,000 ADDITIONAL FOR YEAR 2019) (u)<br><br>Amended schedule- dk 12 | 205,000.00 | 205,000.00 | | 0.00 | 205,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,056,678.31   $964,416.06   $1,161.50   $952,448.81

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DECEMBER 31, 2022
Department of Treasury still reconciling the financial information to process the tax refund

DECEMBER 31, 2021
Trustee still liquidating estate assets, an accountant was employed to pursue to collect the income tax refund listed on Schedules [Refer to dockets #14 and #16]
Claims preliminary reviewed, no meaningful objections identified to this date.

 - Wigberto Lugo-Mender 2/16/2021
Trustee still investigating assets and potential causes of action.

Initial Projected Date of Final Report (TFR): 12/31/2021          Current Projected Date of Final Report (TFR): 07/30/2023

Trustee Signature:      /s/ WIGBERTO LUGO-MENDER, TRUSTEE          Date: 02/01/2023

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
(787)707-0404
wlugo@ecf.epiqsystems.com

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 20-01495

Case Name: COLONIAL MEDICAL MANAGEMENT CORP

Taxpayer ID No: XX-XXX5464

For Period Ending: 12/31/2022

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE

Bank Name: FirstBank

Account Number/CD#: XXXXXX4844

BSPR- Checking Account

Blanket Bond (per case limit): $9,211,680.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/26/20 | 2 | Banco Popular de PR | Closed Bank Account | 1129-000 | $1,094.00 | | $1,094.00 |
| 05/26/20 | 4 | Banco Popular de PR | Closed Bank Account | 1129-000 | $67.50 | | $1,161.50 |
| 09/22/20 | 101 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium As per Order entered on September 22, 2020 [Refer to docket #21 and #22] | 2300-000 | | $2.35 | $1,159.15 |
| 12/02/20 | | Transfer to Acct # xxxxxx0531 | Transfer of Funds | 9999-000 | | $1,159.15 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,161.50 | $1,161.50 |
| Less: Bank Transfers/CD's | $0.00 | $1,159.15 |
| Subtotal | $1,161.50 | $2.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,161.50 | $2.35 |

| Page Subtotals: | $1,161.50 | $1,161.50 |
|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 20-01495 | | | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | COLONIAL MEDICAL MANAGEMENT CORP | | | Bank Name: | Axos Bank |
| | | | | Account Number/CD#: | XXXXXX0531 |
| | | | | | Checking |
| Taxpayer ID No: | XX-XXX5464 | | | Blanket Bond (per case limit): | $9,211,680.00 |
| For Period Ending: | 12/31/2022 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/02/20 | | Transfer from Acct # xxxxxx4844 | Transfer of Funds | 9999-000 | $1,159.15 | | $1,159.15 |
| 09/21/21 | 2001 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium As per Order entered on 9/21/2021 [Refer to dockets #28 and #29] | 2300-000 | | $2.31 | $1,156.84 |
| 10/07/22 | 2002 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium [Bond #016052125] Term 10/1/2022 to 10/01/2023 As per Order entered on 10/11/2022 [Refer to dockets #35 and #36] | 2300-000 | | $2.53 | $1,154.31 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,159.15 | $4.84 |
| Less: Bank Transfers/CD's | $1,159.15 | $0.00 |
| Subtotal | $0.00 | $4.84 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $4.84 |

| | | |
|---|---|---|
| Page Subtotals: | $1,159.15 | $4.84 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0531 - Checking | $0.00 | $4.84 | $1,154.31 |
| XXXXXX4844 - BSPR- Checking Account | $1,161.50 | $2.35 | $0.00 |
| | $1,161.50 | $7.19 | $1,154.31 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,161.50 |
| Total Gross Receipts: | $1,161.50 |

Trustee Signature:     /s/ WIGBERTO LUGO-MENDER, TRUSTEE         Date: 01/31/2023

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
(787)707-0404
wlugo@ecf.epiqsystems.com